JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY BURTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. YARBOROUGH, et al.,<br><br>　　　　　Defendants. | Case No.  CV 04-7209-GW(CW)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action is hereby dismissed with prejudice. Each party will bear its own attorneys' fees and expenses.

　　IT IS SO ORDERED.

Dated: July 20, 2016

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE